HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HOUSING AUTHORITY OF SNOHOMISH COUNTY,

    Plaintiff,

    v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al.,

    Defendants.

CASE NO. C13-1791RAJ

ORDER

This matter comes before the court on the parties' stipulated motion to stay proceedings. The court GRANTS that motion (Dkt. # 32) solely to the extent stated in this order.

In the wake of Plaintiff's motion for summary judgment challenging the most recent of Defendants' denials of Plaintiff's public housing disposition application, Defendants have reversed course. On January 16, 2015, they granted Plaintiff's disposition application. The letter informing Plaintiff of the decision states that it is Defendants' "final agency action," but that it will send a letter with "more detailed and technical information on this disposition" within two weeks.

The parties jointly request that the court "stay briefing in this matter for the next month in anticipation of [Defendants'] more detailed and technical follow-on letter." The

ORDER – 1

parties propose to submit a joint status report or a stipulated dismissal by February 22 (a Sunday).

The court rules as follows.  First, it will not "stay briefing" on the pending motion for summary judgment.  Even assuming that the parties still have a dispute, it will not be the one that Plaintiff raised in its pending summary judgment motion, because that motion is based on a disposition denial that Defendants have since rescinded.  The court accordingly directs the clerk to TERMINATE Plaintiff's summary judgment motion. Dkt. # 27.

The court directs the clerk to STAY this matter until February 20, 2015.  If the parties have not submitted a joint dismissal of this case by then, they must file a joint status report by the same date that explains in detail why this case should remain open and what proceedings are necessary to bring it to a close.

Dated this 23rd day of January, 2015.

*(signature)*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2